ORIGINAL

AO 91 (Rev.5/85) Criminal Complaint

# United States District Court

<u>SOUTHERN</u> DISTRICT OF <u>GEORGIA</u>

UNITED STATES OF AMERICA

v.

HAROLD DEAN KINLAW

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: M04-63

I, **SPECIAL AGENT P. TIMOTHY MCNAIR**, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>1/20/2004</u> in <u>GLYNN</u> County, in the <u>SOUTHERN</u> District of <u>GEORGIA</u>, defendant(s) did, (Track Statutory Language of Offense)

(SEE ATTACHED AFFIDAVIT)

in violation of Title <u>18</u> United States Code, Section(s) <u>1201(a)(1) & 924(c)</u>.

I further state that I am a(n) <u>FBI SPECIAL AGENT</u> and that this complaint is based on the following
                            Oficial Title

facts:

(SEE ATTACHED AFFIDAVIT)

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☒ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

<u>January 22, 2004</u> at <u>Brunswick, GA.</u>
Date                                                                             City and State

<u>James E. Graham, U.S. Mag. Judge</u>      _____
Name & Title of Judicial Officer                                  Signature of Judicial Order

## **A F F I D A V I T**

I, P. TIMOTHY MCNAIR, a Special Agent of the Federal Bureau of Investigation (FBI), duly appointed and sworn according to law, and acting as such, am the affiant herein.

1. Your affiant has been a Special Agent of the FBI since June 1988, and assigned to the Atlanta Division, Brunswick Resident Agency since December 1997.

2. As supported by the facts and circumstances set forth below, your affiant believes that probable cause exists that HAROLD DEAN KINLAW has kidnapped Damaris Kinlaw and transported her in interstate commerce in violation of Title 18, U.S.C. Section 1201 (a)(1), Kidnapping, and that probable cause exist that during the commission of the above crime, HAROLD DEAN KINLAW, a convicted felon, possessed a firearm in violation of Title 18, U.S.C. Section 924(c).

### FACTS AND CIRCUMSTANCES

3. Your affiant describes the subject of this investigation as follows:

**HAROLD DEAN KINLAW** is a white male, Date of Birth (DOB) December 19, 1951, Social Security Account Number (SSAN) 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.

4. Detective Scott Harrell, Brunswick, Georgia Police Department advised your affiant that a resident Of 2100 Parkwood Drive, Brunswick, Georgia reported that on January 18, 2004, HAROLD KINLAW had forced Damaris Kinlaw into a truck at 2100

Parkwood Drive, Brunswick, Georgia and fled the scene. A neighbor across the street witnessed HAROLD KINLAW force Damaris Kinlaw into a red truck.

5. Detective Harrell also advised that the body of Felipe Herrera was found at the above address. Hererra had been shot in the chest three times. Three 9mm shell casings were recovered from the scene.

6. At the time of the kidnapping of Damaris Kinlaw, HAROLD KINLAW was a fugitive with outstanding warrants from Camden County, Georgia for kidnapping, rape, burglary, stalking, possession of a firearm during the commission of a crime, and false imprisonment.

7. Also at the time of the kidnapping KINLAW was a federal fugitive with outstanding warrants from the Southern District of Georgia for Interstate Stalking and Kidnapping.

8. KINLAW was arrested in Ashe County, North Carolina on January 20, 2004. At the time of his arrest he was in possession of a 9 mm semi-automatic pistol.

9. Damaris Kinlaw was with HAROLD KINLAW at the time of his arrest in North Carolina.

9. Wherefore, your affiant respectfully requests this Court find probable cause exists that HAROLD DEAN KINLAW has kidnapped Damaris Kinlaw and transported her in interstate commerce in violation of Title 18, U.S.C. Section 1201 (a)(1), Kidnapping, and that he used a 9 mm semi-automatic weapon during

the commission of the kidnapping in violation of Title 18, U.S.C. Section 924(c).

                                           P. TIMOTHY MCNAIR
                                           Special Agent / FBI

Sworn to and subscribed before me this 22nd day of January 2004.

HONORABLE JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA